**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Peter T. Shapiro, Esq.
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
973-577-6260
973-577-6261 (fax)
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendant Zelouf International Corp.*

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated, | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** |
| Plaintiff, | |
| - against - | Case No. 23-cv-2832 |
| ZELOUF INTERNATIONAL CORP., | **NOTICE OF REMOVAL** |
| Defendant. | |

TO:    THE UNITED STATES DISTRICT COURT,
        DISTRICT OF NEW JERSEY

Defendant Zelouf International Corp., by its attorneys Lewis Brisbois Bisgaard & Smith LLP, respectfully submits as follows:

1.      On or about March 31, 2023, Plaintiff filed the above-entitled action in the Superior Court, Hudson County, under Case No. HUD-L-0001154-23, against Defendant.

2.      Defendant has not been served with process in this action but became aware of the lawsuit because Plaintiff's counsel purportedly sent it to Defendant via a cover letter dated April 27, 2023. The letter enclosed a summons which is not on the docket and attach it to the letter.  That cover letter is Exhibit A hereto.

3.      The Summons and Complaint, which is undated, is annexed hereto as Exhibit B, together with the Civil Case Information Statement and the Track Assignment Notice which was retrieved today from the Superior Court website. The Statement and Notice have not been delivered to Defendant. The Summons and Complaint, Statement and Notice constitute all of the documents

1

on the Superior Court, Hudson County's docket for this case based on a review of the docket performed today.

4.    Defendant has not filed an answer or otherwise appeared in the pending action in the Superior Court, and the time for it to answer and appear has not yet run. Plaintiff has not filed any proof of service in the action with the Superior Court.

5.    Defendant hereby removes this action based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

6.    Because Plaintiff's Complaint alleges that Defendant violated a federal statute, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and removal is appropriate. Both of Plaintiff's cause of action are brought under the Americans with Disabilities Act, 42 U.S.C. § 12182(a) et seq. and allege that Defendant has engaged in unlawful discrimination against Plaintiff, who is allegedly disabled, by denying Plaintiff access to its website.

7.    This Notice of Removal is timely in accordance with 28 U.S.C. § 1446(b) because it is being filed before service of process was effected, and in any event within 30 days of Plaintiff's counsel's April 27, 2023 letter purporting to send the Summons and Complaint to Defendant.

8.    Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court, Hudson County, in which the action has been pending.

WHEREFORE, Defendant Zelouf International Corp. respectfully requests that the above-captioned action be removed from the Superior Court, Hudson County, to the United States District Court, District of New Jersey.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Peter T. Shapiro
       Peter T. Shapiro, Esq.
       *Attorneys for Defendant Zelouf International Corp.*
       One Riverfront Plaza – Suite 800
       Newark, New Jersey 07102
       973-577-6260
       Peter.shapiro@lewisbrisbois.com

Dated:    May 24, 2023

TO:    DANIEL ZEMEL, ESQ.
       *Attorney for Plaintiff*
       600 Broadway
       Paterson, NJ 07514
       862.227.3106
       dz@zemellawllc.com

## <u>CERTIFICATE OF SERVICE</u>

     Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on May 24, 2023, he caused the Notice of Removal to be filed by ECF and served by first class mail upon the attorneys of record for plaintiff.

    /s/ Peter T. Shapiro

Peter T. Shapiro
