UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>ZELOUF INTERNATIONAL CORP,<br><br>　　　　　Defendant. | )<br>)<br>) Case No: 2:23-cv-02832-JMV-CLW<br>)<br>) **NOTICE OF DISMISSAL WITHOUT**<br>) **PREJUDICE**<br>)<br>)<br>) |

　　　PLEASE TAKE NOTICE that Plaintiff Carlos Herrera, through undersigned counsel, hereby dismisses his claims against Defendant Zelouf International Corp, without prejudice and without attorney's fees or costs to either party.

Dated: June 1st, 2023

Respectfully submitted,

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 6/2/23

　　　　　　　　　　　　　　　　　　　*/s/ Daniel Zemel*
　　　　　　　　　　　　　　　　　　　Daniel Zemel, Esq.
　　　　　　　　　　　　　　　　　　　Zemel Law LLC
　　　　　　　　　　　　　　　　　　　660 Broadway,
　　　　　　　　　　　　　　　　　　　Paterson, NJ 07514
　　　　　　　　　　　　　　　　　　　Tel: (862) 227-3106
　　　　　　　　　　　　　　　　　　　Fax: (973) 282-8603
　　　　　　　　　　　　　　　　　　　Email: dz@zemellawllc.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Carlos Herrera

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1st, 2023, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.